AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
STEPHANIE E. STORM
Deputy Attorney General
NV Bar No. 15338
Nevada Office of the Attorney General
Personnel Division
9790 Gateway Drive, Suite 100
Reno, Nevada 89521
Telephone (775) 600-3096
cvandenberg@ag.nv.gov
sstorm@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA CLINKER,<br><br>Plaintiff,<br><br>vs.<br><br>DIVISION OF PUBLIC AND BEHAVIORAL HEALTH; DEPARTMENT OF HEALTH AND HUMAN SERVICES, STATE OF NEVADA; JACKIE L. ARELLANO, IN HER OFFICIAL CAPACITY AS PERSONNEL LIAISON/APPOINTING AUTHORITY; SUSAN LYNCH, IN HER OFFICIAL CAPACITY AS HOSPITAL ADMINISTRATOR/APPOINTING AUTHORITY; ANNETTE ALTMAN, IN HER OFFICIAL CAPACITY AS CHIEF OPERATIONS OFFICER and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02370-CDS-BNW<br><br>**STIPULATION AND ORDER SETTING ASIDE ENTRY(IES) OF DEFAULT AND FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff, by and through counsel, Philip J. Trenchak, Esq., and Defendants, by and through their attorneys of record, Aaron D. Ford, Attorney General for the State of Nevada, Cameron P. Vandenberg,

Chief Deputy Attorney General, and Stephanie E. Storm, Deputy Attorney General, hereby stipulate to and respectfully request that the Court enter an order setting aside the clerk's entry of default against Defendant Susan Lynch [ECF No. 19] and for an order granting an extension of time to **Friday, November 13, 2026**, for Defendants to file a responsive pleading to Plaintiff's complaint on behalf of all defendants now that defense counsel has accepted service for Defendant Department of Human Services on September 14, 2026, and service has been fully completed for all defendants. This stipulation and request are made in good faith and not for the purposes of delay.

DATED this 15th day of September 2026.

AARON D. FORD
Attorney General

By: /s/ Cameron P. Vandenberg
CAMERON P. VANENBERG
Chief Deputy Attorney General
Nevada State Bar No. 4356
STEPHANIE E. STORM
Deputy Attorney General
Nevada State Bar No. 15338
State of Nevada
Office of the Attorney General
9790 Gateway Drive, Suite 100
Reno, Nevada 89521
Telephone: (775) 687-2100
*Attorneys for Defendants*

DATED this 15th day of September 2026.

THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., ATTORNEYS AT LAW

*/s/ Philip J. Trenchak, Esq.*
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 009924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
E: phil@trenchaklaw.com
*Attorneys for Plaintiff Jessica Clinker*

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that any and all clerk entries of default against any Defendant properly named and served are set aside and the deadline for Defendants' response to Plaintiff's complaint shall be extended to **November 13, 2026**.

UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2026